IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

JEREMY THOMAS, Individually and on behalf of all others similarly situated PLAINTIFF

v. CIVIL ACTION NO.: 1:25-CV-00136-GHD-DAS

SWEEPSTEAKS LIMITED, d/b/a Stake.us DEFENDANT

**ORDER GRANTING DEFENDANT'S MOTION TO COMPEL ARBITRATION**

Pursuant to an opinion issued this day, it is hereby ORDERED:

(1) the Defendant's Motion to Compel Arbitration [Doc. 27] is GRANTED;

(2) the Plaintiff's Motion to Strike [Doc. 33] is DENIED AS MOOT because the Court did not rely upon or analyze the Defendant's subject equitable estoppel argument;

(3) the parties are COMPELLED to arbitrate this dispute pursuant to the subject arbitration agreement;

(4) this case is STAYED pending conclusion of the arbitration; and

(5) on or before April 1, 2027, the parties shall file with the Court a status report concerning the arbitration, and shall file updated reports every 90 days thereafter.

THIS, the 28th day of September, 2026.

Glen H Davidson
SENIOR U.S. DISTRICT JUDGE